UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| INVENTIV HEALTH CONSULTING, INC., | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No. 1:17-cv-10292-IT |
| EQUITAS LIFE SCIENCES, LLC; ALAN D. FRENCH, JR.; PRIYA GOGIA; and SUMMER ATKINSON, | ) ) ) ) ) | |
| *Defendants*. | ) ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff inVentiv Health Consulting, Inc. voluntarily dismisses this action without prejudice.

Respectfully submitted,

Dated: March 2, 2017

INVENTIV HEALTH CONSULTING, INC.,

By its attorneys,

/s/ *Stephen D. Riden*
Russell Beck, BBO No. 561031
  *rbeck@beckreed.com*
Stephen D. Riden, BBO No. 644451
  *sriden@beckreed.com*
BECK REED RIDEN LLP
155 Federal Street, Suite 1302
Boston, MA 02110
Telephone: (617) 500-8660
Facsimile: (617) 500-8665

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document has been filed through the CM/ECF system on March 2, 2017, and will be served electronically to the registered participants as identified on the Notice of Electronic Filing through the Court's transmission facilities, and that non-registered participants have been served this day by mail.

                                                          /s/ *Stephen D. Riden*
                                                           Stephen D. Riden